UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GABRIEL LASHAWN MCKEY                                          PLAINTIFF

VS.                               CIVIL ACTION NO. 3:24-cv-281-TSL-RPM

LAUDERDALE COUNTY, et al.                                     DEFENDANTS

ORDER

This cause came on to be heard on the July 8, 2025 report and recommendation of United States Magistrate Judge Robert P. Myers.  The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the July 8, 2025 report and recommendation of the magistrate judge is hereby adopted as the opinion of this court.

Accordingly, it is ordered that the motion to dismiss [58] filed by Detective Richard J. Robinson is granted; plaintiff Gabriel Lashawn McKey's illegal-arrest-and-incarceration claims against Detective Robinson are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6); McKey's illegal-arrest-and-incarceration claims against defendant Lauderdale County and his ineffective-assistance-of-counsel claims against defendant Mark Chandlee are be dismissed sua sponte pursuant to 28 U.S.C. § 1915 with prejudice until the Heck conditions are met; and his

claims against Lauderdale County for unconstitutional conditions of confinement shall proceed at this time but Chandlee and Detective Robinson are dismissed as defendants.

SO ORDERED this 8th day of August, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE